AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Federal Trade Commission, OAG, State of FLA, DLA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| LIFE MANAGEMENT SERVICES, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Federal Trade Commission

Date:  06/07/2016

*Attorney's signature*

Tejasvi M. Srimushnam, DC Bar # 991011
*Printed name and bar number*

Federal Trade Commission
600 Pennsylvania Ave., NW, Mail Stop H-286
Washington, DC 20580

*Address*

TSrimushnam@ftc.gov
*E-mail address*

(202) 326-2959
*Telephone number*

(202) 326-3395
*FAX number*