UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE MANAGEMENT SERVICES OF ORANGE COUNTY, LLC, a Florida limited liability company, *et al.*,<br><br>Defendants. | Case No. _____<br><br>[FILED UNDER SEAL] |

## **PLAINTIFF'S EXHIBIT LIST**

PX 1    Consumer Declaration of Jim Anderson

PX 2    Consumer Declaration of Erika Adkins

PX 3    Consumer Declaration of Jason Adkins

PX 4    Consumer Declaration of Marilyn Bishop

PX 5    Consumer Declaration of Dorothy Blakely

PX 6    Consumer Declaration of Anita Brabson

PX 7    Consumer Declaration of Jacqueline Brabson

PX 8    Consumer Declaration of Mitchell Brown

PX 9    Consumer Declaration of Sharon Burke

PX 10    Consumer Declaration of Betty Cherry

PX 11    Consumer Declaration of Colin Cherry

PX 12    Consumer Declaration of Reed Combs

PX 13    Consumer Declaration of Amy DeMarco

| | |
|---|---|
| PX 14 | Consumer Declaration of Karen Fowler |
| PX 15 | Consumer Declaration of Dennise Gannon |
| PX 16 | Consumer Declaration of Deborah Gascon |
| PX 17 | Consumer Declaration of Dianne Goldsmith |
| PX 18 | Consumer Declaration of Sylvia Troutman Graham |
| PX 19 | Consumer Declaration of Patricia Grinnan |
| PX 20 | Consumer Declaration of Dr. William Healey |
| PX 21 | Consumer Declaration of Jimmy Henderson |
| PX 22 | Consumer Declaration of JoAnn James |
| PX 23 | Consumer Declaration of Sara Jorolemon |
| PX 24 | Consumer Declaration of Nona Knauss |
| PX 25 | Consumer Declaration of Donald Kubeny |
| PX 26 | Consumer Declaration of Luann Laxton |
| PX 27 | Consumer Declaration of Norma Jean Lohr |
| PX 28 | Consumer Declaration of Hannah Maxwell |
| PX 29 | Consumer Declaration of Rosa Mussallem |
| PX 30 | Consumer Declaration of Kim Myre-Napieralski |
| PX 31 | Consumer Declaration of James Pompati |
| PX 32 | Consumer Declaration of Joseph Railey |
| PX 33 | Consumer Declaration of Gerald Schallon |
| PX 34 | Consumer Declaration of Jessica Schley |
| PX 35 | Consumer Declaration of Ann Scholzen |
| PX 36 | Consumer Declaration of Elaine Thomas |
| PX 37 | Consumer Declaration of Joan Wedemeyer |
| PX 38 | Consumer Declaration of Harley Wiley |
| PX 39 | Declaration of Gail Kilmer, Citibank |
| PX 40 | Declaration of John Brady, MasterCard |
| PX 41 | Declaration of Martin Elliott, Visa |

| | |
|---|---|
| PX 42 | Declaration of Lisa Wilhem |
| PX 43 | Declaration of Patricia Compton, Florida Department of Agriculture and Consumer Services |
| PX 44 | Declaration of Detective Gary Kleier, Orlando Police Department |
| PX 45 | Declaration of Emil George, Federal Trade Commission |
| PX 46 | Declaration of Reeve Tyndall, Federal Trade Commission |
| PX 47 | Declaration of Jacquelyn Randolph, Florida Attorney General |
| PX 48 | Declaration of Anna Caplan, Florida Attorney General |
| PX 49 | Transcript - Undercover Call Placed to (866) 960-9368 on May 7, 2015 |
| PX 50 | Transcript - Undercover Call Received from (361) 271-4848 on May 7, 2015 |
| PX 51 | Transcirpt - Undercover Call Received from (248) 215-0437 on November 12, 2015 |
| PX 52 | Transcirpt - Undercover Call Received from (248) 215-0437 on November 19, 2015 |
| PX 53 | Do Not Call Registration Records for Defendant Kevin Guice |
| PX 54 | Do Not Call Complaints Filed by Defendant Clarence Wahl |
| PX 55 | Post Office Box 720819 Customer Records |
| PX 56 | Post Office Box 568823 Application |
| PX 57 | Post Office Box 678147 Application |
| PX 58 | Post Office Box 780519 Application |
| PX 59 | Post Office Box 782186 Application |
| PX 60 | Craigslist Ad Dated on or about May 24, 2016 |
| PX 61 | Craigslist Ad Dated on or about April 19, 2016 |
| PX 62 | Sentinel Complaint Filed by Life Management Services Employee |
| PX 63 | Bank of America, N.A. Certificate of Regularly Conducted Business Activity July 9, 2015 |
| PX 64 | EngageTel, Inc. Certificate of Regularly Conducted Business Activity July 7, 2015 |
| PX 65 | Fairwinds Credit Union Certificate of Regularly Conducted Business Activity July 7, 2015 |
| PX 66 | Fifth Third Bank Certificate of Regularly Conducted Business Activity July 17, 2015 |
| PX 67 | Grasshopper Group LLC Certificate of Regularly Conducted Business Activity July 16, 2015 |

| | |
|---|---|
| PX 68 | Insight Credit Union Certificate of Regularly Conducted Business Activity July 23, 2015 |
| PX 69 | JP Morgan Chase Bank, N.A. Certificate of Regularly Conducted Business Activity July 28, 2015 |
| PX 70 | Regions Bank Certificate of Regularly Conducted Business Activity July 15, 2015 |
| PX 71 | SunTrust Bank Certificate of Regularly Conducted Business Activity August 13, 2015 |
| PX 72 | TD Bank Certificate of Regularly Conducted Business Activity August 27, 2015 |
| PX 73 | BB&T Certificate of Regularly Conducted Business Activity February 5, 2016 |
| PX 74 | Bank of America Certificate of Regularly Conducted Business Activity February 11, 2016 |
| PX 75 | Subsentio, LLC Certificate of Regularly Conducted Business Activity February 16, 2016 |
| PX 76 | Fifth Third Bank Certificate of Regularly Conducted Business Activity February 18, 2016 |
| PX 77 | Call Catchers, Inc. d/b/a FreedomVoice Systems Certificate of Regularly Conducted Business Activity February 11, 2016 |
| PX 78 | GoDaddy.com, LLC Certificate of Regularly Conducted Business Activity February 15, 2016 |
| PX 79 | j2 Cloud Services, Inc. Certificate of Regularly Conducted Business Activity February 11, 2016 |
| PX 80 | JP Morgan Chase Bank, N.A. Certificate of Regularly Conducted Business Activity February 26, 2016 |
| PX 81 | Regions Bank Certificate of Regularly Conducted Business Activity February 10, 2016 |
| PX 82 | SunTrust Bank Certificate of Regularly Conducted Business Activity March 2, 2016 |
| PX 83 | TD Bank Certificate of Regularly Conducted Business Activity February 25, 2016 |
| PX 84 | Grasshopper Group - Written Response to Civil Investigative Demand |
| PX 85 | Grasshopper Group - Customer Billing Statement May 2015 |
| PX 86 | j2 Cloud Services - Customer Records for (888) 813-2680 |
| PX 87 | j2 Cloud Services - Customer Records for (877) 733-5445 |
| PX 88 | j2 Cloud Services - Customer Records for (866) 742-2327 |
| PX 89 | GoDaddy.com - Customer Records for YOURUADSSTODAY.COM |
| PX 90 | GoDaddy.com - Customer Records for YOURKWPSERVICES.COM |
| PX 91 | GoDaddy.com - Customer Records for YOURIVDRECOVERY.COM |
| PX 92 | FreedomVoice Systems - Customer Records |

| | |
|---|---|
| PX 93 | FreedomVoice Systems - Written Response to Civil Investigative Demand |
| PX 94 | Bank of America - Consumer Checks Written to IVD and Deposited into a Loyal Financial Bank Account |
| PX 95 | Bank of America - Consumer Checks Written to UAD and Deposited into a URB Bank Account |
| PX 96 | Bank of America - Consumer Checks Written to URB and Deposited into a Loyal Financial Bank Account |
| PX 97 | Various Financial Institutions - Selected Payroll Checks |
| PX 98 | BB&T - Selected Wire Transfers |
| PX 99 | Fairwinds Credit Union - Consumer Checks Written to UAD and Deposited into an LPS Bank Account |
| PX 100 | Fifth Third Bank - Selected Consumer Checks Deposited by YFP |
| PX 101 | Bank of America and SunTrust Bank - Account Statement for Life Management Services of Orange County |
| PX 102 | SunTrust Bank - KWP Rent Check Payments |
| PX 103 | SunTrust Bank - Selected Wire Transfers |
| PX 104 | Various Financial Institutions - Selected Consumer Checks Indicating High Consumer Injury |
| PX 105 | Various Financial Institutions - Selected Consumer Checks Indicating Pre-Payment |
| PX 106 | LPS Signed AVC with Oregon Department of Justice |
| PX 107 | LPS Restitution Money Orders to Oregon Department of Justice |
| PX 108 | Mississippi Complaint against URB Management |
| PX 109 | Mississippi Settlement Agreement with URB Management |
| PX 110 | Declaration of Consumer Florence Schuldt |
| PX 111 | Declaration of Consumer Donna White |
| PX 112 | Declaration of Consumer Patti Fraver |
| PX 113 | Summary of Bank Accounts |
| PX 114 | Summary of Payroll Check Payments to Employees |
| PX 115 | Signature Card - x0312 - Life Management Services of Orange County, LLC - Bank of America |
| PX 116 | Signature Card - x4450 - URB Management, LLC - Bank of America |
| PX 117 | Signature Card - x4708 – LPSofFLA, LLC - Bank of America |

PX 118   Signature Card - x5690 - URB Managemen,t LLC - Bank of America
PX 119   Signature Card - x6309 - PW&F Consultants of Florida, LLC - Bank of America
PX 120   Signature Card - x6635 - YCC Solutions, LLC - Bank of America
PX 121   Signature Card - x6955 - Loyal Financial & Credit Services, LLC also d/b/a FOC Credit - Bank of America
PX 122   Signature Card - x7561 - URB Management, LLC - Bank of America
PX 123   Signature Card - x7917 - KWP Services, LLC - Bank of America
PX 124   Signature Card - x7977 - PW&F Consultants of Florida - Bank of America
PX 125   Signature Card - x8638 - URB Management, LLC - Bank of America
PX 126   Signature Card - x8792 - PW&F Consultants of Florida - Bank of America
PX 127   Signature Card - x0001 - Life Management Services of Orange County - SunTrust Bank
PX 128   Signature Card - x9043 - Life Management Services of Orange County - Bank of America
PX 129   Signature Card - x9035 - UAD Secure Services, LLC - Bank of America
PX 130   Signature Card - x9637 - KWP Services, LLC - Bank of America
PX 131   Signature Card - x1951 - UAD Secure Service of Florida LLC. - BB&T
PX 132   Signature Card - x3603 - KWP Services, LLC - BB&T
PX 133   Signature Card - x5712 – LPSofFLA LLC - BB&T
PX 134   Signature Card - x5287 – LPSofFlorida LLC - Chase Bank
PX 135   Signature Card - x7955 - UAD Secure Services LLC - Chase Bank
PX 136   Signature Card - x6698 - KWP Services, LLC - SunTrust Bank
PX 137   Signature Card - x1542 – LPSOFFLA LLC - Fairwinds Credit Union
PX 138   Signature Card - x4724 - UAD Secure Service, LLC - Fairwinds Credit Union
PX 139   Signature Card - x6022 - KWP Services, LLC - Fairwinds Credit Union
PX 140   Signature Card - x7574 – LPSOFFLA LLC - FifthThird Bank
PX 141   Signature Card - x1921 YFP Solutions LLC - FifthThird Bank
PX 142   Signature Card - x2633 - KWP Services LLC - FifthThird Bank
PX 143   Signature Card - x3378 - UAD Secure Services LLC - FifthThird Bank
PX 144   Signature Card - x9663 – LPSOFFL, LLC - Insight Credit Union

PX 145  Signature Card - x3621 – LPSOFFL, LLC - Regions Bank

PX 146  Signature Card - x6904 - UAD Secure Services of Florida, LLC - Regions Bank

PX 147  Signature Card - x0700 - Life Management Services of Orange County, LLC - SunTrust Bank

PX 148  Signature Card - x1840 – LPSOFFLA LLC - SunTrust Bank

PX 149  Signature Card - x5285 - Royal Financial Solutions LLC - Bank of America

PX 150  Signature Card - x5591 – LPSOFFLA LLC - SunTrust Bank

PX 151  Signature Card - x0589 – LPSOFFLA LLC - TD Bank

PX 152  Signature Card - x0793 - KWP Services LLC - TD Bank

PX 153  Signature Card - x4614 - UAD Secure Services LLC - TD Bank

PX 154  Signature Card - x7408 - UAD Secure Services LLC - TD Bank

PX 155  Consumer Declaration of Jeffrey Franklin

PX 156  Office Space Advertisement for Lake Underhill Road Address

PX 157  Selected Checks Written to Heather Cline

PX 158  Selected Check Written to Jessica Hernandez

Dated: June 7, 2016.

Respectfully submitted,
DAVID C. SHONKA
Acting General Counsel

/s/ Tejasvi M. Srimushnam

Tejasvi M. Srimushnam
Tel: (202) 326-2959
E-mail: tsrimushnam@ftc.gov

Joshua A. Doan
Tel: (202) 326-3187
E-mail: jdoan@ftc.gov

Federal Trade Commission
600 Pennsylvania Ave., NW, Mail Stop H-286
Washington, DC 20580
Fax: (202) 326-3395

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

Dated: June 7, 2016.

PAMELA JO BONDI
Attorney General
State of Florida

*/s/ Jennifer Hinton Knutton*
Jennifer Hinton Knutton
Assistant Attorney General
Florida Bar # 92771
Email: Jennifer.Knutton@myfloridalegal.com

Denise Beamer
Assistant Attorney General
Florida Bar #69369
Denise.Beamer@myfloridalegal.com

Office of the Attorney General
Consumer Protection Division
135 W. Central Blvd., Suite 670
Orlando, Florida 32801
Telephone: (407) 316-4840
Facsimile: (407) 245-0365

Attorneys for Plaintiff
OFFICE OF THE ATTORNEY GENERAL,
STATE OF FLORIDA,
DEPARTMENT OF LEGAL AFFAIRS