UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FEDERAL TRADE COMMISSION and
OFFICE OF THE ATTORNEY
GENERAL, STATE OF FLORIDA,
DEPARTMENT OF LEGAL AFFAIRS,

          **Plaintiffs,**

v.                                                                    **Case No: 6:16-cv-982-Orl-41TBS**

**LIFE MANAGEMENT SERVICES OF
ORANGE COUNTY, LLC, LOYAL
FINANCIAL & CREDIT SERVICES,
LLC, IVD RECOVERY, LLC, KWP
SERVICES, LLC, KWP SERVICES OF
FLORIDA LLC, LPSOFFLA LLC,
LPSOFFLORIDA L.L.C., PW&F
CONSULTANTS OF FLORIDA LLC,
UAD SECURE SERVICES LLC, UAD
SECURE SERVICE OF FL LLC, URB
MANAGEMENT, LLC, YCC
SOLUTIONS LLC, YFP SOLUTIONS
LLC, KEVIN W. GUICE, CHASE P.
JACKOWSKI, LINDA N. MCNEALY,
CLARENCE H. WAHL, KAREN M.
WAHL, ROBERT GUICE and
TIMOTHY WOODS,**

          **Defendants.**
_____/

## ORDER

      THIS CAUSE is before the Court on the Receiver's Motion for Approval of Settlement Agreement and for Authority to Sell Yacht ("Motion," Doc. 90). U.S. Magistrate Judge Thomas B. Smith submitted a Report and Recommendation ("R&R," Doc. 100), which recommended that the Motion be granted.

After an independent *de novo* review and noting that no objections were timely filed, the Court agrees with the findings of fact and conclusions of law in the R&R.

Accordingly, it is **ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation (Doc. 100) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Receiver's Motion for Approval of Settlement Agreement and for Authority to Sell Yacht (Doc. 90) is **GRANTED**. The Receiver is directed to sell the yacht in accordance with the R&R.

**DONE** and **ORDERED** in Orlando, Florida on August 4, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties