UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FEDERAL TRADE COMMISSION and OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS,**

    **Plaintiffs,**

v.                                                     **Case No:  6:16-cv-982-Orl-41TBS**

**LIFE MANAGEMENT SERVICES OF ORANGE COUNTY, LLC, LOYAL FINANCIAL & CREDIT SERVICES, LLC, IVD RECOVERY, LLC, KWP SERVICES, LLC, KWP SERVICES OF FLORIDA LLC, LPSOFFLA LLC, LPSOFFLORIDA L.L.C., PW&F CONSULTANTS OF FLORIDA LLC, UAD SECURE SERVICES LLC, UAD SECURE SERVICE OF FL LLC, URB MANAGEMENT, LLC, YCC SOLUTIONS LLC, YFP SOLUTIONS LLC, KEVIN W. GUICE, CHASE P. JACKOWSKI, LINDA N. MCNEALY, CLARENCE H. WAHL, KAREN M. WAHL, ROBERT GUICE and TIMOTHY WOODS,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Receiver's Verified First Application for Payment for Services Rendered and Reimbursement for Costs Incurred (Doc. 113). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 115), recommending that the Court grant in part and deny in part the motion.

After a *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation. Therefore it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 115), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Receiver's Verified First Application for Payment for Services Rendered and Reimbursement for Costs Incurred (Doc. 113) is **GRANTED in part** and **DENIED without prejudice in part**.

3. The Receiver is entitled to the payment of fees in the amount of $42,900.00.

4. To the extent the Receiver requests reimbursement for costs, the Motion is denied without prejudice. The Receiver may file a renewed motion for reimbursement of costs containing the appropriate documentation.

**DONE** and **ORDERED** in Orlando, Florida on November 28, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record