UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FEDERAL TRADE COMMISSION
and OFFICE OF THE ATTORNEY
GENERAL, STATE OF FLORIDA,
DEPARTMENT OF LEGAL
AFFAIRS,

        Plaintiffs,

v.                                    Case No:  6:16-cv-982-Orl-41TBS

LIFE MANAGEMENT SERVICES
OF ORANGE COUNTY, LLC,
LOYAL FINANCIAL & CREDIT
SERVICES, LLC, IVD RECOVERY,
LLC, KWP SERVICES, LLC, KWP
SERVICES OF FLORIDA LLC,
LPSOFFLA LLC, LPSOFFLORIDA
L.L.C., PW&F CONSULTANTS OF
FLORIDA LLC, UAD SECURE
SERVICES LLC, UAD SECURE
SERVICE OF FL LLC, URB
MANAGEMENT, LLC, YCC
SOLUTIONS LLC, YFP
SOLUTIONS LLC, KEVIN W.
GUICE, CHASE P. JACKOWSKI,
LINDA N. MCNEALY, CLARENCE
H. WAHL, KAREN M. WAHL,
ROBERT GUICE and TIMOTHY
WOODS,

        Defendants.
_____

**ENTRY OF DEFAULT**

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **LIFE MANAGEMENT SERVICES OF ORANGE COUNTY, LLC** in Orlando, Florida on the 21st day of April, 2017.

ELIZABETH M. WARREN, ACTING CLERK

s/S. Manuel, Deputy Clerk

Copies furnished to:

Counsel of Record