UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FEDERAL TRADE COMMISSION and OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS,**

    **Plaintiffs,**

v.                  **Case No: 6:16-cv-982-Orl-41TBS**

**LIFE MANAGEMENT SERVICES OF ORANGE COUNTY, LLC, LOYAL FINANCIAL & CREDIT SERVICES, LLC, IVD RECOVERY, LLC, KWP SERVICES, LLC, KWP SERVICES OF FLORIDA LLC, LPSOFFLA LLC, LPSOFFLORIDA L.L.C., PW&F CONSULTANTS OF FLORIDA LLC, UAD SECURE SERVICES LLC, UAD SECURE SERVICE OF FL LLC, URB MANAGEMENT, LLC, YCC SOLUTIONS LLC, YFP SOLUTIONS LLC, KEVIN W. GUICE, CHASE P. JACKOWSKI, LINDA N. MCNEALY, CLARENCE H. WAHL, KAREN M. WAHL, ROBERT GUICE and TIMOTHY WOODS,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Receiver's First Application for Payment for Services Rendered (Doc. 167) and the Receiver's Verified Second Application for Payment for Services Rendered (Doc. 181). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation as to each motion. ("R&Rs," Doc. Nos. 172, 183). After a *de novo* review

of the record, and noting that no objections were timely filed, the Court agrees with the analyses in the R&Rs. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The R&Rs (Doc. Nos. 172, 183) are **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Receiver's First Application for Payment for Services Rendered (Doc. 167) and the Receiver's Verified Second Application for Payment for Services Rendered (Doc. 181) are **GRANTED**.

3. The Court **APPROVES** payment by the Receiver of $15,147.00 to Akerman LLP.

4. The Court **APPROVES** payment to the Receiver of $41,990.00 in fees and $3,104.51 in costs.

**DONE** and **ORDERED** in Orlando, Florida on October 30, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record