UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE MANAGEMENT SERVICES OF ORANGE COUNTY, LLC, a Florida limited liability company, *et al.*,<br><br>Defendants. | **Case No.** 6:16-cv-982-Orl-41TBS<br><br>E-Filed March 27, 2018 |

## **NOTICE TO THE COURT OF UNRESOLVED DISPOSITIVE MOTION**

Plaintiffs Federal Trade Commission and Office of the Attorney General, State of Florida, Department of Legal Affairs, respectfully submit this Notice pursuant to Local Rule 3.01(h), and state the following:

1. On May 1, 2017, Plaintiffs filed a dispositive motion for summary judgment against Defendant Kevin Guice (Doc. 163). Defendant Guice filed an opposition on June 2 (Doc. 168), and Plaintiffs filed a reply, with the Court's permission, on June 14 (Doc. 175).

2. Local Rule 3.01(h) states, "[a]ll dispositive motions which are not decided within one hundred and eighty (180) days of the responsive filing . . . shall be brought to the attention of the district judge by the movant by filing a 'Notice To the Court' within ten

days . . . ."

3. Local Rule 3.01(h) continues, "[m]ovant shall file an additional 'Notice to the Court' after the expiration of each and every additional thirty day period during which the motion remains undecided." The rule further provides, "[m]ovant shall provide the Chief Judge of the Middle District with a copy of each and every 'Notice To The Court' which movant is required to file under this rule."

4. December 11, 2017, was 180 days from June 14, 2017, the date on which Plaintiffs filed the reply in support of their dispositive summary judgment motion against Defendant Guice.[1]

5. Plaintiffs previously filed Notices to the Court under Local Rule 3.01(h) on December 21, 2017, January 23, 2018, and February 22, 2018.

Dated: March 27, 2018.
　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Jennifer Hinton Knutton
　　　　　　　　　　　　　　　　　　Jennifer Hinton Knutton
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Florida Bar # 92771
　　　　　　　　　　　　　　　　　　Jennifer.Knutton@myfloridalegal.com

　　　　　　　　　　　　　　　　　　Denise Beamer
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Florida Bar #69369
　　　　　　　　　　　　　　　　　　Denise.Beamer@myfloridalegal.com
　　　　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　　　　Consumer Protection Division
　　　　　　　　　　　　　　　　　　135 W. Central Blvd., Suite 670
　　　　　　　　　　　　　　　　　　Orlando, Florida 32801

---

[1] On September 1, 2017, Plaintiffs filed a Status Report and Notice of Filing Thirteen Proposed Stipulated Orders (Doc. 185). Those proposed stipulated orders would resolve Plaintiffs' claims against the other 19 Defendants in this action.

Telephone: (407) 316-4840
Facsimile: (407) 245-0365

Attorneys for Plaintiff
OFFICE OF THE ATTORNEY GENERAL
STATE OF FLORIDA
DEPARTMENT OF LEGAL AFFAIRS


DAVID C. SHONKA
Acting General Counsel


/s/ Joshua A. Doan

Joshua A. Doan
Tel: (202) 326-3187
jdoan@ftc.gov
Attorney for Plaintiff
Federal Trade Commission
600 Pennsylvania Ave., NW,
Mail Stop H-286
Washington, DC 20580
Fax: (202) 326-3395

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2018, I served a true and correct copy of the foregoing Notice by means of filing with the Court's CM/ECF electronic filing system, email, or mail on the counsel or parties of record on the Service List below:

Kevin W. Guice
3609 Oriskany Dr.
Orlando, FL 32820
Email: kwguice@bellsouth.net

Matthew Leibert, Esq.
200 S. Orange Ave., Suite 2000
Orlando, FL 32801
Email: leibert@urbanthier.com
**Counsel for Relief Defendants Robert Guice and Timothy Woods**

Mario Ceballos, Esq.
The Ceballos Law Firm, P.A.
638 Broadway Avenue, Orlando, Florida 32803-4540
Email: mceballos@ceballos-law.com
**Counsel for Defendants Chase Jackowski, LPSofFLA LLC, LPSofFlorida L.L.C., YFP Solutions LLC**

David P. Hill, Esquire
Law Offices of David P. Hill, P.A.
214 Annie Street, Orlando, Florida 32806-1208
Email: dphillpa@cfl.rr.com
**Counsel for Individual Defendant Linda McNealy**

Elias R. Hilal, Esquire
Williams Hilal Wigand Grande, PLLC
633 Southeast Third Avenue, Suite 301
Fort Lauderdale, Florida 33301
Email: elias@whwlegal.com
**Counsel for Individual Defendants Clarence ("Harry") Wahl and Karen Wahl**

Harry Wahl, Registered Agent for **Life Management Services of Orange County, LLC**
c/o Elias R. Hilal, Esq., Counsel for Mr. Wahl
Email: elias@whwlegal.com

Linda McNealy, Registered Agent for **Loyal Financial & Credit Services, LLC**
c/o David P. Hill, Esquire, Counsel for Ms. McNealy
Email: dphillpa@cfl.rr.com

Inez Vest, Registered Agent for **IVD Recovery, LLC**
Email: zeni0325@gmail.com

Karen Wahl, Registered Agent for **KWP Services, LLC**
c/o Elias R. Hilal, Esq., Counsel for Ms. Wahl
Email: elias@whwlegal.com

Harry Wahl, Registered Agent for **KWP Services of Florida LLC**
c/o Elias R. Hilal, Esq., Counsel for Mr. Wahl
Email: elias@whwlegal.com

Victoria Miller, Registered Agent for **PW&F Consultants of Florida LLC**
Email: miller.tori82@gmail.com

Michael Yager, Jr., Registered Agent for **UAD Secure Service of FL LLC**
Email: myagerjr@yahoo.com

Michael Yager, Jr., Registered Agent for **UAD Secure Services LLC**
Email: myagerjr@yahoo.com

Matthew Roberts, Registered Agent for **URB Management, LLC**
Email: msroberts@me.com

Christine Jones, Registered Agent for **YCC Solutions LLC**
c/o Heiko G. Moenckmeier, Esquire, Counsel to Ms. Jones
The Law Firm of Heiko G. Moenckmeier
836 Highland Avenue, Orlando, Florida 32803-3941
Email: heikogeorge@gmail.com

Mark Bernet, Esquire
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, Florida 33602-5250
Email: mark.bernet@akerman.com
**Receiver**

                                              /s/ Jennifer Hinton Knutton
                                              Jennifer Hinton Knutton