UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FEDERAL TRADE COMMISSION and OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS,**

    **Plaintiffs,**

v.       Case No: 6:16-cv-982-Orl-41TBS

**LIFE MANAGEMENT SERVICES OF ORANGE COUNTY, LLC, LOYAL FINANCIAL & CREDIT SERVICES, LLC, IVD RECOVERY, LLC, KWP SERVICES, LLC, KWP SERVICES OF FLORIDA LLC, LPSOFFLA LLC, LPSOFFLORIDA L.L.C., PW&F CONSULTANTS OF FLORIDA LLC, UAD SECURE SERVICES LLC, UAD SECURE SERVICE OF FL LLC, URB MANAGEMENT, LLC, YCC SOLUTIONS LLC, YFP SOLUTIONS LLC, KEVIN W. GUICE, CHASE P. JACKOWSKI, LINDA N. MCNEALY, CLARENCE H. WAHL, KAREN M. WAHL, ROBERT GUICE and TIMOTHY WOODS,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Receiver's Motion to Establish Summary Procedures ("Motion," Doc. 171). Although the Motion indicates that Defendant Kevin Guice and his wife, Shannon Guice, who is not a party, oppose the relief sought therein, no response in opposition was filed. The remaining Defendants do not oppose the Motion.

For the reasons set forth in the motion, it is **ORDERED** and **ADJUDGED** as follows:

1. The Receiver's Motion to Establish Summary Procedures (Doc. 171) is **GRANTED**.

2. The Receiver's Motion for Oral Argument (Doc. 195) is **DENIED as moot**.

3. **On or before June 12, 2018**, the Receiver shall file his Motion for Disgorgement. Because Guice is a party to this action, he will be served in accordance with Federal Rule of Civil Procedure 5(b)(2)(C) once the motion is filed.

4. **On or before June 19, 2018**, the Receiver shall serve Shannon Guice with the Motion for Disgorgement and a copy of this Order in accordance with Federal Rule of Civil Procedure 4.

5. **On or before July 20, 2018**, the Guices shall file a Response to the Motion for Disgorgement in the manner prescribed in Federal Rule of Civil Procedure 56(c)(1)–(2).

6. If the Guices intend to assert affirmative defenses to the claims raised in the Motion for Disgorgement, they shall do so in the manner described in Federal Rule of Civil Procedure 12(b) and cite materials in the record that would support the factual allegations necessary to establish such defenses.

7. If the Guices believe that they cannot present facts essential to justify their opposition to the Motion for Disgorgement, then **on or before June 26, 2018**, they shall file a motion to reopen discovery. Such a motion shall include (1) specific material facts that the Guices seek to discover; (2) whether the Guices seek to obtain affidavits or to take discovery; and (3) an explanation as to why the proposed discovery is reasonably calculated to demonstrate those specific material facts.

**DONE** and **ORDERED** in Orlando, Florida on June 5, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties