# AFFIDAVIT OF SERVICE

State of Florida   County of    Middle District/Orlando Div Court

Case Number: 6:16-CV-982-ORL-41TBS

Plaintiff:
**Federal Trade Commission and Office of the Attorney General, State of Florida, Department of Legal Affairs,**

SLK2018003186

vs.

Defendant:
**Life Management Services of Orange County, LLC, et al.,**

For:
Mark J. Bernet
Akerman Senterfitt
401 E. Jackson Street
Suite 1700
Tampa, FL 33602

Received by SLK INVESTIGATIONS on the 8th day of June, 2018 at 10:21 am to be served on **Shannon K. Guice, 3609 Oriskany Drive, Orlando, FL 32820.**

I, **TAMMY GILBERT**, being duly sworn, depose and say that on the **13th day of June, 2018** at **8:09 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **ORDER, RECEIVER'S MOTION TO COMPEL DISGORGEMENT OF ASSETS FROM DEFENDANT KEVIN GUICE AND HIS SPOUSE, SHANNON GUICE, TO IMPOSE CONSTRUCTIVE TRUST, AND FOR OTHER EQUITABLE RELIEF, NOTICE OF FILING RECEIVER'S DECLARATION WITH ATTACHED RECEIVER'S DECLARATION and EXHIBITS** with the date and hour of service endorsed thereon by me, to: **Shannon K. Guice** at the address of: **3609 Oriskany Drive, Orlando, FL 32820**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 44, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 165, Hair: Blonde, Glasses: Y

## AFFIDAVIT OF SERVICE For 6:16-CV-982-ORL-41TBS

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the Judicial Circuit in which it was served. Under penalties of perjury, I declare that I have read the forgoing affidavit and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

Subscribed and sworn to before me on this the 14th day of June, 2018 by the affiant who is personally known to me.

Notary public

DYLAN STEELE
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG100431
Expires 5/2/2021

TAMMY GILBERT
CPS # 366

SLK INVESTIGATIONS
2212 East 5th Ave
Tampa, FL 33605
(813) 247-6250

Our Job Serial Number: SLK-2018003186
Ref: 0314668

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FEDERAL TRADE COMMISSION and OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS,**

Plaintiffs,

v.

Case No: 6:16-cv-982-Orl-41TBS

**LIFE MANAGEMENT SERVICES OF ORANGE COUNTY, LLC, LOYAL FINANCIAL & CREDIT SERVICES, LLC, IVD RECOVERY, LLC, KWP SERVICES, LLC, KWP SERVICES OF FLORIDA LLC, LPSOFFLA LLC, LPSOFFLORIDA L.L.C., PW&F CONSULTANTS OF FLORIDA LLC, UAD SECURE SERVICES LLC, UAD SECURE SERVICE OF FL LLC, URB MANAGEMENT, LLC, YCC SOLUTIONS LLC, YFP SOLUTIONS LLC, KEVIN W. GUICE, CHASE P. JACKOWSKI, LINDA N. MCNEALY, CLARENCE H. WAHL, KAREN M. WAHL, ROBERT GUICE and TIMOTHY WOODS,**

Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Receiver's Motion to Establish Summary Procedures ("Motion," Doc. 171). Although the Motion indicates that Defendant Kevin Guice and his wife, Shannon Guice, who is not a party, oppose the relief sought therein, no response in opposition was filed. The remaining Defendants do not oppose the Motion.

For the reasons set forth in the motion, it is **ORDERED** and **ADJUDGED** as follows: