UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FEDERAL TRADE COMMISSION and OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS,**

    **Plaintiffs,**

v.                                                                            **Case No: 6:16-cv-982-Orl-41TBS**

**LIFE MANAGEMENT SERVICES OF ORANGE COUNTY, LLC, LOYAL FINANCIAL & CREDIT SERVICES, LLC, IVD RECOVERY, LLC, KWP SERVICES, LLC, KWP SERVICES OF FLORIDA LLC, LPSOFFLA LLC, LPSOFFLORIDA L.L.C., PW&F CONSULTANTS OF FLORIDA LLC, UAD SECURE SERVICES LLC, UAD SECURE SERVICE OF FL LLC, URB MANAGEMENT, LLC, YCC SOLUTIONS LLC, YFP SOLUTIONS LLC, KEVIN W. GUICE, CHASE P. JACKOWSKI, LINDA N. MCNEALY, CLARENCE H. WAHL, KAREN M. WAHL, ROBERT GUICE and TIMOTHY WOODS,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Receiver's Unopposed Verified Third Application for Payment for Services Rendered (Doc. 218). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 219), in which he recommends granting the motion.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 219) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Receiver's Unopposed Verified Third Application for Payment for Services Rendered (Doc. 218) is **GRANTED**.

3. Fees in the amount of $44,590.00 and costs in the amount of $524.30 shall be paid to the Receiver out of the receivership estate for services rendered for the period beginning March 27, 2017 and ending December 31, 2017.

**DONE** and **ORDERED** in Orlando, Florida on October 31, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties