UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

SHANNON W. GUICE,

       Debtor.

Case No. 6:19-bk-00458-CCJ
Chapter 13

_____/

### AFFIDAVIT OF PINNACLE BUSINESS FUNDINGS, LLC

STATE OF FLORIDA

COUNTY OF ORANGE

    BEFORE ME, the undersigned authority, personally appeared CHARLES MARCONE, JR., who being first duly sworn deposes and says as follows:

    1.    My name is Charles Marcone, Jr., and I am over the age of 18 years. I am the manager of Pinnacle Business Fundings, LLC ("PBF"), and I am authorized to make this affidavit on its behalf.

    2.    I make this affidavit based on my personal knowledge, and based on the business records of PBF. Those records were made in the ordinary course of business, as part of PBF's regularly-conducted business activities. The records were made by or from information transmitted by persons with knowledge of the events described therein, at or near the time of the event described. The records are and remain under my personal custody and control.

    3.    Shannon W. Guice has never been employed by PBF in any capacity, and she has never worked for PBF. PBF does not pay her $6,500 per month, nor does or did

**EXHIBIT E**

it pay her any amounts, ever, for any reason. PBF will not pay Shannon W. Guice any amounts at any time in the future. PBF does not owe any money to Shannon W. Guice or her husband, Kevin W. Guice.

4. PBF has never issued any IRS form W-2 to Shannon W. Guice, nor has it ever issued any IRS form 1099 to Shannon W. Guice. The reason for this is that Shannon W. Guice has never been an employee of PBF, nor has she ever been an independent contractor supplying any services to PBF.

PINNACLE BUSINESS FUNDINGS, LLC.

By: _____
Charles Marcone, Jr.

SWORN AND SUBSCRIBED TO this 28th day of March, 2019, by Charles Marcone, Jr., who is <u>personally known</u> to me or who produced _____ _____ as identification, and who did take an oath.


Notary Public State of Florida
Barbara E Halstead
My Commission FF 899108
Expires 08/18/2019

_____
Notary Public, State of Florida at large

My commission expires:

2