UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FEDERAL TRADE COMMISSION and
OFFICE OF THE ATTORNEY
GENERAL, STATE OF FLORIDA,
DEPARTMENT OF LEGAL AFFAIRS,**

**Plaintiffs,**

**v.**                                                       **Case No:  6:16-cv-982-Orl-41TBS**

**LIFE MANAGEMENT SERVICES OF
ORANGE COUNTY, LLC, LOYAL
FINANCIAL & CREDIT SERVICES,
LLC, IVD RECOVERY, LLC, KWP
SERVICES, LLC, KWP SERVICES OF
FLORIDA LLC, LPSOFFLA LLC,
LPSOFFLORIDA L.L.C., PW&F
CONSULTANTS OF FLORIDA LLC,
UAD SECURE SERVICES LLC, UAD
SECURE SERVICE OF FL LLC, URB
MANAGEMENT, LLC, YCC
SOLUTIONS LLC, YFP SOLUTIONS
LLC, KEVIN W. GUICE, CHASE P.
JACKOWSKI, LINDA N. MCNEALY,
CLARENCE H. WAHL, KAREN M.
WAHL, ROBERT GUICE and
TIMOTHY WOODS,**

**Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on The Receiver's Unopposed Verified Fourth

Application for Payment for Services Rendered and Reimbursement for Costs Incurred ("Motion,"

Doc. 287). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation

(Doc. 288), recommending that the Motion be granted.

After a *de novo* review, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1.  The Report and Recommendation (Doc. 288) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  The Receiver's Unopposed Verified Fourth Application for Payment for Services Rendered and Reimbursement for Costs Incurred (Doc. 287) is **GRANTED**.

3.  The Receiver is awarded $50,000 in fees and $346.87 in costs to be paid out of the receivership estate for services rendered for the period beginning January 1, 2018, and ending January 24, 2019.

**DONE** and **ORDERED** in Orlando, Florida on July 23, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties