FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION  2019 OCT 24  PM 2: 36

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**FEDERAL TRADE COMMISSION and OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS,**
Plaintiffs,

v.

**LIFE MANAGEMENT SERVICES OF ORANGE COUNTY, LLC,** a Florida limited liability company, **LOYAL FINANCIAL & CREDIT SERVICES, LLC,** a Florida limited liability company, DBA FOC Credit and Reward Services, **IVD RECOVERY, LLC,** a Florida limited liability company, **KWP SERVICES, LLC,** a Florida limited liability company, **KWP SERVICES OF FLORIDA LLC,** a Florida limited liability company, **LPSOFFLA LLC,** a Florida limited liability company, CP Chase P. Jackowski, , CP Chase P. Jackowski, **LPSOFFLORIDA L.L.C.,** a Florida limited liability company, CP Chase P. Jackowski, , CP Chase P. Jackowski, **PW&F CONSULTANTS OF FLORIDA LLC,** a Florida limited liability company, **UAD SECURE SERVICES LLC,** a Florida limited liability company, **UAD SECURE SERVICE OF FL LLC,** a Florida limited liability company, **URB MANAGEMENT, LLC,** a Florida limited liability company, **YCC SOLUTIONS LLC,** a Florida limited liability company, **YFP SOLUTIONS LLC,** a Florida limited liability company, CP Chase P. Jackowski, , CP Chase P. Jackowski, **KEVIN W. GUICE,** individually and as an officer of Loyal Financial & Credit Services, LLC, **CHASE P. JACKOWSKI,**

Case No: 6:16-cv-982-Orl-41TBS

individually and as an officer of LPSofFla LLC, LPSofFlorida L.L.C., and YFP Solutions LLC, CP Chase P. Jackowski, , CP Chase P. Jackowski, LINDA N. MCNEALY, individually and as an officer of Loyal Financial & Credit Services, LLC, CLARENCE H. WAHL, individually and as an officer of KWP Services of Florida LLC and Life Management Services of Orange County, LLC, AKA Harry C. Wahl, KAREN M. WAHL, individually and as an officer of KWP Services, LLC, ROBERT GUICE, individually, and TIMOTHY WOODS, individually,
Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Kevin Guice, defendant in that above named case, hereby appeals to the Fifth District Court of Appeal from the final judgment and sentence entered in this order of this court rendered on the 7th day of December, 2018. The nature of this order is a final order.

Dated: October 23, 2019
Orlando, FL

_____
Kevin Guice
3609 Oriskany Dr.
Orlando, Florida 32820
Telephone: (407) 893-0193
Email: kwguice@bellouth.net

Tejasvi M. Srimushnam, Esquire

Joshua A. Doan, Esquire
Alejandro Rosenberg, Esquire
Federal Trade Commission
E-mail: tsrimushnam@ftc.gov
       jdoan@ftc.gov
       arosenberg@ftc.gov

Jennifer Hinton Knutton, Esquire
Paul Courtright, Esquire
Office of the Attorney General
Consumer Protection Division
E-mail: jennifer.knutton@myfloridalegal.com
       paul.courtright@myfloridalegal.com

Mark J. Bernet,
Receiver
Email: mark.bernet@akerman.com
Secondary: judy.barton@akerman.com

David P. Hill, Esquire
Law Offices of David P. Hill
E-mail: dphillpa@cfl.rr.com

Mario A. Ceballos, Esquire
The Ceballos Law Firm, P.A.
E-mail: mceballos@ceballos-law.com

Robert Guice
E-mail: robertguice3@yahoo.com

Matthew Leibert, Esquire
E-mail: leibert@urbanthier.com

Clarence "Harry" Wahl
Karen Wahl
Email: harrywahl@cfl.rr.com

Inez Vest,
Email: zeni0325@gmail.com

Victoria Miller
Email: miller.tori82@gmail.com

Michael Yager, Jr.
Email: myagerdr@yahoo.com

Matthew Roberts
Email: msroberts@me.com

Heiko G. Moenckmeier, Esquire
The Lw Firm of Heiko G. Moenckmeier
Email: heikogeorge@gmail.com