UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FEDERAL TRADE COMMISSION and OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS,**

    **Plaintiffs,**

v.                **Case No. 6:16-cv-982-CEM-GJK**

**LIFE MANAGEMENT SERVICES OF ORANGE COUNTY, LLC, LOYAL FINANCIAL & CREDIT SERVICES, LLC, IVD RECOVERY, LLC, KWP SERVICES, LLC, KWP SERVICES OF FLORIDA LLC, LPSOFFLA LLC, LPSOFFLORIDA L.L.C., PW&F CONSULTANTS OF FLORIDA LLC, UAD SECURE SERVICES LLC, UAD SECURE SERVICE OF FL LLC, URB MANAGEMENT, LLC, YCC SOLUTIONS LLC, YFP SOLUTIONS LLC, KEVIN W. GUICE, CHASE P. JACKOWSKI, LINDA N. MCNEALY, CLARENCE H. WAHL, KAREN M. WAHL, ROBERT GUICE, and TIMOTHY WOODS,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Receiver's Unopposed Verified Sixth Application for Payment for Services Rendered and Reimbursement for Costs Incurred ("Sixth Application," Doc. 399) and Receiver's Unopposed Second Application for Payment for Services Rendered and Reimbursement for Costs incurred ("Second Application," Doc. 400). The United States Magistrate Judge issued a Report and Recommendation on each motion, (Doc. Nos. 401, 402), recommending that the Sixth Application be granted and the Second Application be granted in part and denied in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendations (Doc. Nos. 401, 402) are **ADOPTED** and made a part of this Order.

2. The Receiver's Unopposed Verified Sixth Application for Payment for Services Rendered and Reimbursement for Costs Incurred (Doc. 399) is **GRANTED**.

    a. The Receiver is awarded $93,860.00 in attorney's fees and $929.44 in expenses.

    b. The Receiver may immediately collect $75,088.00 in attorney's fees plus the $929.44 in expenses from the proceeds of the receivership estate and hold back $18,772.00, to be addressed by the Court at the conclusion of the case.

3. The Receiver's Unopposed Second Application for Payment for Services Rendered and Reimbursement for Costs incurred (Doc. 400) is **GRANTED in part** and **DENIED in part**.

    a. The law firm of Akerman LLP is awarded $33,742 in fees and $1,078.95 in expenses.

    b. The Second Application is otherwise **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on October 15, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties